## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA EX REL. ANDY J. WATSON, DISTRICT ATTORNEY, | : | No. 195 WAL 2023 |
| | : | |
| Respondent | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| v. | : | |
| KAITLYN NICOLE CROSBY, | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 16th day of January, 2024, the Petition for Allowance of Appeal is **DENIED**.